IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VICTOR RENARD CYRUS, JR, | ) | |
| | ) | |
| Petitioner, | ) | No C 08-4600 VRW (PR) |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | (Doc # 7) |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner has filed a request for appointment of counsel in this closed habeas matter. The request (doc # 7) is denied without prejudice.

Petitioner recently filed a petition for a writ of habeas corpus in the Supreme Court of California. See In re Cyrus. No S168262 (Cal filed Nov 14, 2008). Once the state high court rules on his claims, petitioner may file a new a petition for a writ of habeas corpus under 28 USC § 2254 in this court and request appointment of counsel.

SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\HC.08\Cyrus,V3.or2.wpd